**ORDER ESTABLISHING PROCEDURES FOR ELECTRONIC FILING**

This case has been assigned for handling to the Court's new Case Management and Electronic Case Files system, or CM/ECF. Pursuant to F.R.Civ.P. 5(e), it is by the Court <u>sua sponte</u>

**ORDERED** that the procedures set forth below be followed in this case:

1. **All documents in this case are to be filed electronically**, except with leave of Court upon good cause shown. Leave to file in paper form will be routinely granted for records of state court proceedings and documents that must be filed under seal. All electronically filed documents are to be in Portable Data Format (**.pdf**). While electronic filing via Internet is preferred, the Clerk's office will accept documents on disk for filing during normal business hours only.

2. A CM/ECF **password** may only be used by the person to whom it is assigned, or, in the case of a member of the Bar of this Court, by that attorney or an authorized employee of the attorney's law firm or organization.

3. The use of a CM/ECF password to login and submit documents creates an electronic record that operates and serves as the **signature** of the person to whom the password is assigned for all purposes under the Federal Rules of Civil Procedure and the Local Rules of this Court.

4. The electronic submission of any order or document in accordance with these procedures constitutes **filing** for all purposes under the Federal Rules of Civil Procedure and the Local Rules of this Court and simultaneously creates an official **docket entry**.

5. **No certificate of service** is required for documents filed electronically. Service is complete upon electronic submission of an order or document and will be effected by electronic notice. Counsel are responsible for monitoring their e-mail accounts and, upon receipt of notice of an electronic filing, for retrieving the order or document electronically.

6. **No proposed orders** are to be submitted with motions in this case. The Court in its discretion may grant or deny a

motion by creating (and electronically serving) a docket entry, without issuing a separate document.

    7.   Reasonable latitude will be given for late filing occasioned by technical difficulties, but counsel are on notice that **no allowance can be made for late filing documents whose time limits are jurisdictional**.

    8.   Documents bearing original signatures or notarial seals (e.g. **affidavits, stipulations**) are to be filed in electronic form.  The filing of such a document by an attorney certifies that the original signed (and, if applicable, sealed) document is in the attorney's possession.

                                      James Robertson
                                      United States District Judge